UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA WILDING, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 1:25-cv-01192-KES-BAM<br><br>ORDER REFERRING THE MATTER TO THE VDRP, HOLDING PENDING MOTIONS IN ABEYANCE, AND VACATING MOTION HEARING SET FOR OCTOBER 24, 2025<br><br>(Doc. 11) |

　　　　Plaintiff Anna Wilding, proceeding *pro se*, initiated this civil action in Mariposa County Superior Court, Small Claims Court, on August 13, 2025. Defendant JPMorgan Chase Bank, N.A. removed the action to this Court on September 12, 2025. (Doc. 1.)

　　　　On September 16, 2025, Plaintiff filed a motion to remand this action to the state court small claims division. (Doc. 4.) The motion was referred to the undersigned for the preparation of findings and recommendations and/or other appropriate action. (Doc. 5.)

　　　　On September 18, 2025, Defendant filed a motion to dismiss Plaintiff's claims pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. 6.) As with the motion to remand, the motion to dismiss was referred to the undersigned for the preparation of findings and recommendations and/or other appropriate action. (Doc. 7.) Plaintiff filed an opposition to the motion to dismiss on September 22, 2025. (Doc. 9.) A hearing on the motion is set for October 24, 2025. (Doc. 10.)

1

Currently before the Court is the parties' stipulation for referral to the Voluntary Dispute Resolution Program, or alternatively a referral to a settlement magistrate judge. (Doc. 11.) The parties "seek referral to this program ahead of the Court's hearing/ruling on the two pending motions . . . currently scheduled for October 24, 2025." (*Id.* at 2.)

Pursuant to stipulation and Local Rule 271, Plaintiff Anna Wilding and Defendant JPMorgan Chase Bank, N.A. have agreed to referral of this matter to the Court's Voluntary Dispute Resolution Program. (Doc. 11.) Therefore, the Court **ORDERS**:

1. This matter is referred to the Voluntary Dispute Resolution Program ("VDRP").
2. The parties shall notify the Court within thirty (30) days of completing the VDRP.
3. The pending motion to remand, (Doc. 4), and motion to dismiss, (Doc. 6), are held in abeyance pending completion of the VDRP, and the motion hearing currently scheduled for October 24, 2025, is vacated.
4. The Scheduling Conference currently set for December 17, 2025, will remain on calendar, but will be vacated if necessary for completion of the VDRP.

IT IS SO ORDERED.

Dated:   **September 29, 2025**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2