# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA WILDING,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant. | Case No. 1:25-cv-01192-KES-BAM<br><br>ORDER STRIKING UNSIGNED MOTIONS<br>(Docs. 24, 25)<br><br>ORDER HOLDING PENDING MOTION TO DISMISS IN ABEYANCE<br>(Doc. 22) |

Plaintiff Anna Wilding, proceeding *pro se*, initiated this civil action in Mariposa County Superior Court, Small Claims Court, on August 13, 2025. Defendant JPMorgan Chase Bank, N.A., removed the action to this Court on September 12, 2025. (Doc. 1.)

On September 16, 2025, Plaintiff filed a motion to remand this action to the state court small claims division. (Doc. 4.) The motion was referred to the undersigned for the preparation of findings and recommendations and/or other appropriate action. (Doc. 5.)

On September 18, 2025, Defendant filed a motion to dismiss Plaintiff's claims pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. 6.) As with the motion to remand, the motion to dismiss was referred to the undersigned for the preparation of findings and recommendations and/or other appropriate action. (Doc. 7.) The motion is fully briefed.

On September 29, 2025, pursuant to the parties' stipulation, the Court referred the action to the Voluntary Dispute Resolution Program ("VDRP"). The Court also ordered that the pending motion to remand, (Doc. 4), and motion to dismiss, (Doc. 6), held in abeyance pending

1

1  completion of the VDRP.  (Doc. 12.)

2  On October 6, 2025, Plaintiff lodged her first amended complaint in this action.  (Doc.
3  18.)  On October 17, 2025, Defendant filed a motion to dismiss the first amended complaint and
4  noticed the motion for hearing on November 21, 2025.  (Doc. 22.)  The motion was referred to
5  the undersigned for the preparation of findings and recommendations and/or other appropriate
6  action and hearing set for November 21, 2025, was vacated.  (Doc. 23.)  The motion will be held
7  in abeyance pending resolution of VDRP.

8  On October 22, 2025, Plaintiff filed a Notice Regarding Repeated Filings and Court
9  Referral to Voluntary Dispute Resolution Program (VDRP), which includes a request to defer or
10 stay further motion practice until completion of VDRP scheduled for October 27, 2025.  (Doc.
11 24.)  Plaintiff also file a Notice of Request to Seal Certain Defendant Filings, requesting to seal or
12 redact Defendant's motions to dismiss and related documents to protect personal financial
13 information, including partial account identifiers and references to her financial history.  (Doc.
14 25.)

15 Upon review, the Court notes that Plaintiff's Notice Regarding Repeated Filings and
16 Court Referral to Voluntary Dispute Resolution Program (VDRP) and her Notice of Request to
17 Seal Certain Defendant Filings are not signed.[1]  Both the Federal Rules of Civil Procedure and this
18 Court's Local Rules require that all filed pleadings, motions, and papers be signed by the party
19 personally if the party is unrepresented.  Fed. R. Civ. P. 11(a); Local Rule 131(b).  As Plaintiff's
20 notices are unsigned, the Court must strike them from the record.

21 As necessary, Plaintiff will be permitted to re-file signed notices or motions that comply
22 with the Federal Rules of Civil Procedure and the Local Rules.  However, Plaintiff is advised that
23 Local Rule 140 generally permits filings to include the name or type of financial account, the
24 financial institution where maintained, and the last four numbers of the account numbers.  L.R.
25 140(a)(ii).  Further, any requests for redaction or sealing must comply with Local Rule 141.
26 ///

---

[1] Although Plaintiff's Notice of Request to Seal Certain Defendant Filings is unsigned, the Court notes that Plaintiff signed the Certificate of Service attached to the notice.  (Doc. 25 at 3.)

1     Based on the foregoing, it is HEREBY ORDERED that:

2     1.     Plaintiff's Notice Regarding Repeated Filings and Court Referral to Voluntary

3  Dispute Resolution Program (VDRP) (Doc. 24) and her Notice of Request to Seal Certain

4  Defendant Filings (Doc. 25) are STRICKEN from the record for lack of signature.

5     2.     Defendant's motion to dismiss the first amended complaint (Doc. 22) is held in

6  abeyance pending completion of the VDRP.

7

IT IS SO ORDERED.

8

9     Dated:   **October 27, 2025**          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE
10

3